In the Matter of the Claim of ENRICO GASPARETTI, Respondent, v. THE CARLETON Co., INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the employer. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.